IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AG-WIP 333 MAIN STREET OWNER, LLC,<br><br>Plaintiff,<br>vs.<br><br>MTI BATHS AND DOES 1 THROUGH 50,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-cv-104-JNP-EJF<br><br>District Judge Jill N. Parrish |

Before the court is a stipulated motion to dismiss filed by Defendant MTI Baths on April 29, 2020. [Docket 20]. Based on that motion, and for good cause, the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

Signed April 29, 2020

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge